IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RICHARD D. JACKSON, LORETTA S. JACKSON, and E.D.J., a minor child, by and through her parents RICHARD D. JACKSON and LORETTA S. JACKSON,<br><br>　　　　Plaintiff,<br>v.<br><br>DAVID McCURRY, in his individual and official capacities, and SANDI D. VELIZ, BO OATES, JOSH KEMP, and RYAN SMITH, in their individual capacities, ,<br><br>　　　　Defendant. | *<br><br>*<br><br>Case No.4:17-CV-17 (CDL)<br><br>*<br><br>*<br><br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated 12/22/17, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 22nd day of December, 2017.

　　　　　　　　　　　　　　　　　　David W. Bunt, Clerk

　　　　　　　　　　　　　　　　　　s/ Debi Boone, Deputy Clerk